**E-Filed 3/7/2011**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Levi Strauss & Co., and Levi Strauss & Co. Europe Comm. VA/SCA,<br><br>Plaintiffs,<br><br>v.<br><br>AmericanJeans.com, Inc., Steven Leigh, and Does 1 through 10,<br><br>Defendants. | Case No. CV10-5340-JF (PSG)<br><br>[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS] |

Pursuant to a stipulation by and between counsel for the parties that the date for hearing on the Motion to Dismiss brought by Defendants in this action be continued until March 25, 2011, and that the due date for Defendants' Reply Brief be continued until March 11, 2011;

IT IS HEREBY ORDERED THAT, that the date for hearing on the Motion to Dismiss brought by Defendants in this action is hereby continued until March 25, 2011, and that Defendants' Reply Brief is due on March 11, 2011.

Dated: 3/7/2011

_____
Jeremy Fogel
United States District Judge